STATE v. THOMAS

No. 392P87.

Case below: 82 N.C. App. 682.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 September 1987.

STATE v. VIKRE

No. 411P87.

Case below: 86 N.C. App. 196.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STATE v. WOODRUFF

No. 399P87.

Case below: 86 N.C. App. 233.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STATEN ISLAND HOSPITAL v.
    ALEXANDER HOWDEN, LTD.

No. 268P87.

Case below: 85 N.C. App. 350.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

STOKES v. WILSON AND REDDING LAW FIRM

No. 224P87.

Case below: 85 N.C. App. 173.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.